# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>        Plaintiff,<br><br>  v.<br><br>DR. RISLEY,<br><br>        Defendant. | Case No. 1:15-cv-00949 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE DOCUMENTS<br><br>(Document 14) |

Plaintiff Archie Cranford ("Plaintiff"), a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action on June 24, 2015.

On February 25, 2016, the Court dismissed his First Amended Complaint with leave to amend. The time for filing an amended complaint has not yet passed and there is no operative complaint on file.

On February 29, 2016, Plaintiff filed a motion requesting service documents.

///
///
///
///
///
///

1

Plaintiff's motion is DENIED.  The Court will not order service unless and until Plaintiff files a Second Amended Complaint that states cognizable claims for relief.  The Court will make such a determination after screening.

IT IS SO ORDERED.

Dated:   **March 2, 2016**                                /s/ *Dennis L. Beck*
                                                               UNITED STATES MAGISTRATE JUDGE