# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. RISLEY,<br><br>　　　　Defendant. | Case No. 1:15-cv-00949 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>(Document 17) |

　　　Plaintiff Archie Cranford ("Plaintiff"), a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action on June 24, 2015. On February 25, 2016, the Court dismissed his First Amended Complaint with leave to amend. Plaintiff filed his Second Amended Complaint on March 8, 2016, and it is awaiting screening.

　　　On March 14, 2016, Plaintiff filed a motion for discovery. Discovery, however, will not open unless and until the Court finds that Plaintiff's Second Amended Complaint states a cognizable claim for relief *and* Defendants file an answer. Additionally, when and if discovery does open, discovery requests must be directed at the opposing party, and should not be filed with the Court.

IT IS SO ORDERED.

　　　Dated:　**March 15, 2016**　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28