1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                      EASTERN DISTRICT OF CALIFORNIA
10

11   ARCHIE CRANFORD,                     Case No. 1:15-cv-00949 LJO DLB PC

12              Plaintiff,                ORDER DENYING PLAINTIFF'S
                                          MOTION FOR DISCOVERY
13        v.
                                          (Document 19)
14   DR. RISLEY,

15              Defendant.

16

17        Plaintiff Archie Cranford ("Plaintiff"), a civil detainee proceeding pro se and in forma

18   pauperis, filed this civil rights action on June 24, 2015.  On February 25, 2016, the Court dismissed

19   his First Amended Complaint with leave to amend.  Plaintiff filed his Second Amended Complaint

20   on March 8, 2016, and it is awaiting screening.

21        On March 21, 2016, Plaintiff filed his second motion for discovery.  Discovery, however,

22   will not open unless and until the Court finds that Plaintiff's Second Amended Complaint states a

23   cognizable claim for relief *and* Defendants file an answer.  Additionally, to the extent Plaintiff

24   requests that the Court order Coalinga State Hospital officials to take pictures of his scars, the Court

25   cannot order non-parties to take any actions.

26   ///

27   ///

28   ////

                                        1

1          Accordingly, Plaintiff's motion is DENIED.

2

3   IT IS SO ORDERED.

4       Dated:   **March 22, 2016**                    /s/ *Dennis L. Beck*

5                                          UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2