# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>        Plaintiff,<br><br>  v.<br><br>DR. RISLEY,<br><br>        Defendant. | Case No. 1:15-cv-00949 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY TIME TABLE<br><br>(Document 22) |

Plaintiff Archie Cranford ("Plaintiff"), a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action on June 24, 2015.

On February 25, 2016, the Court dismissed his First Amended Complaint with leave to amend. Plaintiff filed his Second Amended Complaint on March 8, 2016.

On May 18, 2016, the Court screened his Second Amended Complaint and issued Findings and Recommendations that the action be dismissed for failure to state a claim. Plaintiff's time for filing objections has not yet passed.

On May 23, 2016, Plaintiff filed his third motion requesting discovery. As the Court has previously explained to Plaintiff, discovery does not open until a plaintiff states a cognizable claim for relief and a defendant files an answer. In this case, Findings and Recommendations are pending

///

///

1

to dismiss the action, meaning that unless the Court declines to adopt the Findings and Recommendations, this action will be dismissed without the commencement of discovery.

Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: **May 24, 2016**                    /s/ Dennis L. Beck
                                                            UNITED STATES MAGISTRATE JUDGE

2